UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Pamela Brown,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>　　　　　Defendant. | Case No. 1:15-cv-00118-PLM<br><br>HON. PAUL L. MALONEY |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff files this Notice of Voluntary Dismissal with prejudice. Defendant served neither an answer nor motion for summary judgment in this matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 31, 2015　　　　　GOLDEN LAW OFFICES, P.C.


　　　　　　　　　　　　　　　　　 /s/ B. Thomas Golden
　　　　　　　　　　　　　　　　　B. Thomas Golden (P70822)
　　　　　　　　　　　　　　　　　Attorney for the Plaintiff
　　　　　　　　　　　　　　　　　2186 West Main Street
　　　　　　　　　　　　　　　　　P.O. Box 9
　　　　　　　　　　　　　　　　　Lowell, Michigan 49331
　　　　　　　　　　　　　　　　　Telephone: (616) 897-2900
　　　　　　　　　　　　　　　　　Facsimile: (616) 897-2907
　　　　　　　　　　　　　　　　　btg@bthomasgolden.com